IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BLACK                                                                                           PLAINTIFF

VS.                          CASE NO. 3:08CV00114 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

## ORDER

Plaintiff has submitted an application to proceed in forma pauperis, with supporting documentation (DE #1). Before the Court can consider the application, Plaintiff should provide additional information for the following:

1. Are you presently employed?
    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    e. Any other sources?
    • If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Plaintiff shall file his statement within twenty (20) days of the date of this Order.

IT IS SO ORDERED this 11th day of August, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE