IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEVIN BLACK                                                                                           PLAINTIFF

VS.                                    CASE NO. 3:08CV00114 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                    DEFENDANT

## ORDER

The Plaintiff, through counsel, has filed a motion to extend the time to submit an appeal brief, stating Defendant's counsel has no objection.  For good cause shown, the motion (DE #13)  is granted.  The time is extended to, and including, January 29, 2009.

SO ORDERED this 31st  day of December, 2008.


_____
UNITED STATES MAGISTRATE JUDGE