## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

Kevin Black                                                                 Plaintiff

v.                              3:08CV00114 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
                                                                            Defendant

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 29th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE